UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | |
|---|---|
| MARY LEHRER, § § § § § § § § § § § § PLAINTIFF, v. HAPPY MONEY INC. and EXPERIAN INFORMATION SOLUTIONS INC. DEFENDANTS. | Civil Action No. 7:23-cv-00065 |

**DEFENDANT HAPPY MONEY INC.'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331 and 1441, Defendant Happy Money Inc. ("Happy Money") hereby gives notice of the removal of Cause No. CC-24821 currently pending in the County Court at Law No. 2 of Midland County, Texas to the United States District Court for the Western District of Texas, Midland Division, and states as follows:

**BACKGROUND AND PROCEDURAL HISTORY**

1. The removed case is a civil action that Plaintiff Mary Lehrer ("Plaintiff") filed in the County Court at Law Court No. 2 of Midland County, Texas. The case is styled *Mary Lehrer v. Happy Money Inc. and Experian Information Solutions Inc.*, Cause No. CC-24821 (the "State Court Action").

2. On February 27, 2023, Plaintiff initiated this action by filing a petition in the State Court Action against Happy Money and Defendant Experian Information Solutions Inc. Plaintiff asserts claims against Happy Money for violations of the federal Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681.

DEFENDANT'S NOTICE OF REMOVAL – Page 1

3. Although Happy Money has not been properly served, it received notice of the State Court Action on March 30, 2023, and subsequently filed an answer to the State Court Action on April 12, 2023, generally denying every allegation asserted by Plaintiff.

4. True and correct copies of process, pleadings, and orders filed in the State Court Action are attached hereto as required by 28 U.S.C. § 1446:

| | |
|---|---|
| EXHIBIT 1: | Index of State Court Pleadings. |
| EXHIBIT 2: | State Court Docket Sheet. |
| EXHIBIT 3: | True and correct copies of all pleadings asserting causes of action, all answers to such pleadings, and all orders signed by the state judge. |
| EXHIBIT 4: | Civil Cover Sheet. |
| EXHIBIT 5: | Supplemental Civil Cover Sheet. |

## PARTIES

5. Plaintiff alleged she is a citizen Texas and that Midland County is the "county in which all or a substantial part of the events or omissions giving rise to the claim occurred." *Id.* ¶¶ 3, 10.

6. Happy Money is a corporation that has its principal place of business located in Torrance, California. Happy Money is registered conduct business in Texas and has designated its registered agent as Paracorp Incorporated, 14001 W Hwy 29, Suite 102, Liberty Hill, Texas 78642.

## TIMELINESS OF REMOVAL

7. Plaintiff filed her complaint on February 27, 2023.

8. Happy Money has not yet been properly served with a copy of the complaint and filed its State Court Action answer on April 12, 2023, which is attached as <u>Exhibit 2</u>.

9. Happy Money timely filed this Notice of Removal within thirty (30) days filing its State Court Action answer. 28 U.S.C. § 1446(b)(1); *Esquivel v. LA Carrier*, 578 F. Supp. 3d 841, 846 (W.D. Tex. 2022) ("Likewise, the Court concludes that for an unserved or improperly served defendant, filing an answer in state court commences the running of the thirty-day removal period under Section 1446(b).").

10. Thus, this notice is timely pursuant to 28 U.S.C. § 1446(b).[1]

## BASIS FOR REMOVAL JURISDICTION

11. Removal is appropriate under 28 U.S.C. § 1331 as Plaintiff asserts claims in violation of federal statutes, specifically the FCRA, 15 U.S.C. §§ 1681, *et seq*.

12. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331 because Plaintiff's claims are founded on a claim or right arising under the laws of the United States.

13. Under 28 U.S.C. § 1331, removal is appropriate if the district court has original jurisdiction founded on a claim or right arising under the laws of the United States and the action shall be removable without regard to the citizenship of the parties.

14. This Court has jurisdiction over all claims under this federal statue and, as such, federal question jurisdiction exists under 28 U.S.C. § 1331.

15. Accordingly, this action is one over which this District Court has subject matter jurisdiction over the entire case pursuant to 28 U.S.C. § 1331.

---

[1] Although there is another defendant named in this lawsuit, there is no indication on the docket that Plaintiff has served Experian Information Solutions Inc.—properly or otherwise—so Happy Money is not obligated to obtain its consent to this Notice of Removal. *See* 28 U.S.C. § 1446(b)(2)(A); *Clark v. Bank of Am., N.A.*, 2013 WL 12126248, at *2 (W.D. Tex. July 11, 2013) (confirming that naming a defendant does not require a moving party to obtain its consent for removal because "the only defendants who must join or consent to the removal are those 'defendants who have been properly joined and served'").

**DEFENDANT'S NOTICE OF REMOVAL – Page 3**

## REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS IS PROPER

16. Under 28 U.S.C. § 1441(a), the United States District Court for the Western District of Texas, Midland Division, is the proper venue for removal of jurisdiction because it embraces the place where this action remains pending: County Court at Law No. 2 for the County of Midland, Texas.

## NOTICE TO STATE COURT AND PLAINTIFF

17. The Notice of Removal is signed pursuant to Fed. R. Civ. P. 11. *See* 28 U.S.C. § 1446(a).

18. Counsel for Happy Money certifies, pursuant to 28 U.S.C. § 1446(d), that copies of this Notice of Removal will be filed with the County Court at Law No. 2 for the County of Midland, Texas, and served promptly on Plaintiff.

19. By filing this notice of removal, Happy Money does not waive any defense that may be available to it.

20. Based on the foregoing, this Court has jurisdiction pursuant to 28 U.S.C. § 1331, and this matter may be removed to this Court under 28 U.S.C. § 1441.

WHEREFORE, Defendant Happy Money hereby removes the case now pending in the County Court at Law No. 2 for the County of Midland, Texas to the United States District Court for the Western District of Texas pursuant to 28 U.S.C. § 1441.

Respectfully Submitted,

 /s/ *Peter S. Wahby*
Peter S. Wahby
  State Bar No. 24011171
  wahbyp@gtlaw.com
Hannah Putnam
  State Bar No. 24116928
  hannah.putnam@gtlaw.com

**GREENBERG TRAURIG, LLP**
2200 Ross Avenue, Suite 5200
Dallas, Texas  75201
Tel:  (214) 665-3600
Fax:  (214) 665-3601

**ATTORNEYS FOR HAPPY MONEY INC.**

## CERTIFICATE OF SERVICE

This is to certify that on this 26th day of April, 2023, a true and correct copy of the above and foregoing has been served on all counsel of record via certified mail, return receipt requested and via email.

Thomas J. Bellinder
180 Maiden Lane, 27th Floor
New York, NY 10038
Thomas.B@gitmeidlaw.com


 /s/ *Hannah Putnam*
Hannah Putnam